**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

MATHEW TAYLOR                                                                                  PLAINTIFF

V.                                              NO: 1:08CV00070 WRW/HDY

INDEPENDENCE COUNTY JAIL                                                        DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge

William R. Wilson, Jr.  Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection.  If the

objection is to a factual finding, specifically identify that finding and the evidence that supports your

objection.  An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than eleven (11) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.  Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the
        hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the

> hearing before the District Judge in the form of an offer of
> proof,  and a copy,  or the original, of any documentary or
> other non-testimonial evidence desired to be introduced at
> the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff filed this complaint on December 29, 2008, naming only the Independence County

Jail itself as a Defendant.  On January 30, 2009, the Court entered an order noting that a county jail

is not an entity subject to suit, and directing Plaintiff to file an amended complaint which named as

Defendants the individuals he contends violated his constitutional rights (docket entry #7).  Plaintiff

was warned that his failure to do so within 30 days would result in the recommended dismissal of

his complaint.  More than 30 days has passed, and Plaintiff has not submitted an amended complaint,

or otherwise responded to the order.  Under these circumstances, the Court concludes that Plaintiff's

complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

*See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to

dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse

of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply

with Local Rule 5.5(c)(2).

2.       The Court certify that an *in forma pauperis* appeal taken from the order and judgment

dismissing this action is considered frivolous and not in good faith.

DATED this   13   day of March, 2009.

_____

UNITED STATES MAGISTRATE JUDGE