**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**MATHEW TAYLOR**                                                                       **PLAINTIFF**

**v.**                                       **1:08CV00070-WRW**

**INDEPENDENCE COUNTY JAIL**                                                  **DEFENDANT**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition are

approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to

comply with Local Rule 5.5(c)(2).  Further, the Court certifies that an *in forma pauperis* appeal

taken from the Order and Judgment dismissing this action is considered frivolous and not in good

faith.

IT IS SO ORDERED this 2nd day of April, 2009.


                                                          /s/Wm. R. Wilson, Jr.
                                                          UNITED STATES DISTRICT JUDGE