## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**MATHEW TAYLOR**                                        **PLAINTIFF**

**v.**                         **1:08-CV-00070-WRW**

**INDEPENDENCE COUNTY JAIL**                        **DEFENDANT**

### **JUDGMENT**

Based on the Order filed this date, Judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of April, 2009.

                                                              /s/Wm. R. Wilson, Jr.
                                                 UNITED STATES DISTRICT JUDGE